IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRENT ROWDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| | ) CASE NO.: 1:23-cv-00362-HAB-ALT |
| WALMART, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF SETTLEMENT**

Defendant Walmart Inc., by counsel, notifies the Court that the Parties have resolved this matter. The Parties anticipate filing a Stipulation of Dismissal within 30 days.

Respectfully submitted this 26th day of August, 2025.

                                Respectfully submitted,

                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                By: *s/ Susan M. Zoeller*
                                Susan M. Zoeller, Atty. No. 19959-49
                                Anthony J. Simonton, Atty. No. 35647-29
                                300 N. Meridian Street, Suite 2700
                                Indianapolis, IN  46204
                                Telephone:  317.916.1300
                                Facsimile:  317.916.9076
                                *susan.zoeller@ogletree.com*
                                *anthony.simonton@ogletree.com*

                                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2025 a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John C. Theisen  
Nathaniel O. Hubley  
810 South Calhoun Street, Suite 200  
Fort Wayne, IN 46802  
jtheisen@theisen-associates.com  
nhubley@theisen-associates.com  

                          _s/ Susan M. Zoeller_

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.  
300 N. Meridian Street, Suite 2700  
Indianapolis, IN 46204  
Telephone: 317.916.1300  
Facsimile: 317.916.9076