IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRENT ROWDEN, *by and through the Personal Representative of the estate, Dalene Rowden,* | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) CASE NO.: 1:23-cv-00362-HAB-ALT |
| WALMART, INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Per Rule 41(a)(i)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brent Rowden, by and through the Personal Representative of the estate, Dalen Rowden, and Defendant Walmart Inc., by their undersigned attorneys, hereby stipulate and agree the above-captioned action is dismissed with prejudice, each party bearing its own costs and fees, and all rights of appeal hereby waived.

Respectfully submitted,

| THEISEN HUBLEY LAW | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: */s/ John C. Theisen (with consent)*<br>John C. Theisen, Atty. No. 549-02<br>Nathaniel O. Hubley, Atty. No. 28609-64<br>810 S. Calhoun St, Suite 200<br>Fort Wayne, IN 46802<br>Tel: 260-422-4255<br>Fax: 260-422-4245<br>*jtheisen@theisen-associates.com*<br>*nhubley@theisen-associates.com* | *By: /s/ Susan M. Zoeller*<br>Susan M. Zoeller, Atty. No. 19959-49<br>Anthony J. Simonton, Atty. No. 35647-29<br>300 N. Meridian St, Suite 2700<br>Indianapolis, IN 46204<br>Tel: 317-916-1300<br>Fax:317-916-9076<br>*susan.zoeller@ogletree.com*<br>*anthony.simonton@ogletree.com* |
| Counsel for Plaintiff | Counsel for Defendant |